# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 29, 2013 |
| Court Reporter: Kara Spitler | Time: 47 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

**CASE NO. 13-CR-00160-PAB-16**

<u>Parties</u>

<u>Counsel</u>

**UNITED STATES OF AMERICA,**

Kasandra Carleton
Special Agent Scott Anderson

Plaintiff,

vs.

**16. JAMIE GRAHAM,**

Frank Moya

Defendant.

## SENTENCING

**11:04 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond .

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00160-PAB-16
July 29, 2014

Argument by Ms. Carleton in support of the Government's Motion for Downward Departure Pursuant to 5K1.1.

Comments by Mr. Moya.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 [Docket No. 599], is **GRANTED**.

Argument by Ms. Carleton in support of the Government's Motion for Order for Downward Variant Sentence.

Comments by Mr. Moya.

Argument by Mr. Moya in support of defendant's Oral Motion for a Variant Sentence and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Order for Downward Variant Sentence [Docket No. 823], is **GRANTED** .

**ORDERED:**   Defendant's Oral Motion for a Variant Sentence is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **October 28, 2014** to count **Thirty-Two of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **20** months.

Page Three
13-CR-00160-PAB-16
July 29, 2014

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the    presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his/her prescribed medications is maintained.

Page Four
13-CR-00160-PAB-16
July 29, 2014

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution **15 days** after designation by the Bureau of Prisons.

**ORDERED:** Government's Motions for Decrease for Acceptance of Responsibility [Docket Nos. 600 and 825], are **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Counts 1 and 31 of the Indictment [Docket No. 823] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED**: Bond is continued.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:51 a.m.    COURT IN RECESS**

**Total in court time:    47 minutes**

**Hearing concluded**