IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-16

UNITED STATES OF AMERICA,

    Plaintiff,

v.

16.  JAMIE GRAHAM,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 824]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 824] is granted. Counts 1 and 31 of the Indictment are dismissed as to defendant Jamie Graham.

DATED July 29, 2014.

                BY THE COURT:

                _____
                PHILIP A. BRIMMER
                United States District Judge