IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-16

UNITED STATES OF AMERICA,

        Plaintiff,

v.

16.  JAMIE GRAHAM,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

     It is ORDERED that Defendant JAMIE GRAHAM, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Englewood, in Littleton, Colorado, on September 9, 2014, by 12:00 noon, and will travel at his own expense.

    DATED August 25, 2014.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge