IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-16

UNITED STATES OF AMERICA,

        Plaintiff,

v.

16. JAMIE GRAHAM,

        Defendant.

---

**ORDER TO EXTEND DATE OF SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       This matter is before the Court upon report of the probation officer, and the Court having been advised that on the 29th day of July, 2014, defendant was sentenced to 20 months custody of the Bureau of Prisons, and ordered to surrender voluntarily to the institution designated by the Bureau of Prisons on September 9, 2014, by 12:00 noon.

       Due to the defendant's medical condition and recent surgery, he will need approximately four weeks to recover. Therefore, it is

       ORDERED that defendant shall surrender himself by reporting to the Warden, Federal Correctional Institution Englewood, in Littleton, Colorado, on September 29, 2014, at 12:00 noon.

       DATED September 3, 2014.

                                         BY THE COURT:

                                         s/Philip A. Brimmer
                                         PHILIP A. BRIMMER
                                         United States District Judge